**Order entered December 13, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01042-CR
No. 05-17-01043-CR
No. 05-17-01044-CR

**JAIME ANTONIO ALVARENGA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 292nd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F11-26734-V, F11-26736-V & F11-26739-V

## ORDER

On December 9, 2017 the supplemental reporter's record containing the March 23, 2015 arraignment hearing was filed. Before the Court is appellant's December 7, 2017 motion for extension of time to file his brief. We **GRANT** appellant's motion and **ORDER** his brief filed on or before January 16, 2018.

/s/    LANA MYERS
        JUSTICE